IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF AIASKA

BERKLEY INSURANCE COMPANY,

                Plaintiff,

vs.

NLC GENERAL, INC.; NLE, LLC; RH MECHANICAL, INC.; TACTICAL CONSTRUCTORS CORPORATION.; FETS, LLC: BRIAN H. BARNEY; STEPHANIE K. BARNEY; STEVEN B. FITCH; RACHAEL CORINA FITCH; RYAN M. HOLZ; ERIC A. HOLZ; MARGARET HOLZ; JEFFREY S. BARNEY; REGENA S. BARNEY; MICHAEL G. HOLZ; JACQUELINE U. HOLZ, individual!y,

                Defendants.

Case No. 3:16-cv-00182-JWS

## DEFAULT JUDGMENT BY COURT

Defendants NLC, General, Inc., NLE, LLC, RH Mechanical, Inc., Tactical Constructors Corporation, Steven B. Fitch, Rachael Corina Fitch, Eric A. Holz, Margaret Holz, Michael G. Holz and Jacqueline U. Holz, having failed to appear, plead, or otherwise defend in this action, and default having been entered on each defendant on January 24, 2017, and counsel for Plaintiff having requested pursuant to Civil Rule 54(b) entry of final judgment against the defaulted defendants, and having property filed a motion and affidavit in accordance with Federal Rule of Civil Procedure 54 and *55,* the Court having expressly determined that there is no just reason for

delay:

IT IS ORDERED that judgment is entered in favor of Plaintiff Berkley Insurance Company and against Defendants NLC, General, Inc., NLE, LLC, RH Mechanical, Inc., Tactical Constructors Corporation, Steven B. Fitch, Rachael Corina Fitch, Eric A. Holz, Margaret Holz, Michael G. Holz and Jacqueline U. Holz jointly and severally as follows:

|   |   |   |
|---|---|---|
| a. | Principal Amount | $550,741.80 |
| b. | Prejudgment interest (See interest calculation, Exhibit 2 to Affidavit i:n Support of Default J.) | $ 15,209.08 |
| c. | Subtotal | $565,950.88 |
| d. | Attorney Fees<br>Date Awarded: _____<br>Judge: _____ | $_____ |
| e. | Costs<br>Date Awarded: _____<br>Judge: _____ | $_____ |

**TOTAL JUDGMENT**  $_____

POST-JUDGMENT INTEREST RATE:  0.82%

DATED: February 24, 2017

/s/John W. Sedwick
The Honorable John W. Sedwick
United States District Judge