WILLIAM R. SATTERBERG, JR.
The Law Offices of William R. Satterberg, Jr.
709 Fourth Avenue
Fairbanks, AK 99701
Phone: (907) 452-4454
Fax: (907) 452-3988
office@satterberg.net
Counsel for Defendants Jeffrey Barney,
Regena Barney, and FETS, LLC.

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| BERKLEY INSURANCE COMPANY, | Case No. 3AN-16-cv |
| Plaintiff, | |
| | 3:16-cv-00182-JWS |
| vs. | |
| NLC GENERAL, INC.; NLE, LLC; RH MECHANICAL, INC.; TACTICAL, CONSTRUCTORS CORPORATION; FETS, LLC; BRIAN H. BARNEY; STEPHANIE K. BARNEY; STEVEN B. FITCH; RACHAEL CORINA FITCH; RYAN M. HOLZ; ERIC A. HOLZ; MARGARET HOLZ; JEFFREY S. BARNEY; REGENA S. BARNEY; MICHAEL G. HOLZ; JACQUELINE U. HOLZ, individually, | |
| Defendants. | **STIPULATION FOR DISMISSAL WITH PREJUDICE** |

Defendants, Ryan Holz, Jeffrey Barney, Regena Barney, and FETS, LLC, through undersigned counsel, stipulate that all remaining claims asserted against Ryan Holz by Jeffrey Barney, Regena Barney, and FETS, LLC be dismissed with prejudice, each party to bear its own costs and attorney's fees.

LAW OFFICES OF WILLIAM R. SATTERBERG, JR.
Counsel for Jeffrey Barney, Regena Barney, and FETS LLC

Dated:_____ By:_____
William R. Satterberg, Jr.
Alaska Bar No. 7610126

DOWNES TALLERICO & SCHWALM LAW FIRM LLC
Counsel for Ryan Holz

Dated: 2-15-18 By:_____
Kirk F. Schwalm
Alaska Bar No. 1011064

**CERTIFICATE OF SERVICE**
I certify that a true and correct copy of the foregoing
was served on counsel of record on the filing
date hereof via the Court's electronic filing notice:

Charles G. Evans and Corey G. Stewart
Law Offices of Charles G. Evans
165 E. Bunnell Ave., Suite D
Homer, AK 99603
Counsel for Plaintiff

Christopher B. Brecht
Bankston Gronning O'Hara, P.C.
601 W. 5th Avenue, Suite 900
Anchorage, AK 99501
Counsel for Brian Barney; Stephanie Barney

Robert B. Downes
Kirk F. Schwalm
Downes & Tallerico Law Firm, LLC
P.O. Box 72419
Fairbanks, AK 99707
Counsel for Ryan Holz

/s/ William R. Satterberg, Jr.
The Law Offices of William R. Satterberg, Jr.

*Berkley Insurance Company v. NLC General, et al.* / 3:16-cv-00182-JWS
Stipulation for Dismissal with Prejudice/ Page 2

Case 3:16-cv-00182-JWS   Document 192   Filed 02/15/18   Page 2 of 2