UNITED STATES DISTRICT COURT

DISTRICT OF ALASKA

| | | |
|---|---|---|
| BERKLEY INSURANCE COMPANY | v. | NLC General, Inc., *et al.* |
| HONORABLE JOHN W. SEDWICK | | 3:16-cv-00182-JWS |
| ORDER FROM CHAMBERS | | February 16, 2018 |

_____

    The stipulation at docket 192 for dismissal with prejudice, each party bearing such party's own costs and fees, is effective without an order from the court. Fed. R. Civ. P. 41(a)(1)(A)(ii). The Clerk will please close this case.

_____